*John R. Cooper, E. W. Butler,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.

---

### 10067. EDWARDS *v.* THE STATE.

BLOODWORTH, J. 1. The demurrer to the indictment was properly overruled. The crime charged was designated in the indictment as "simple larceny, a felony." The criminal act charged in the indictment was the larceny of a bale of cotton. "The name given to it, in the bill of indictment, does not characterize the offense; the description characterizes it." *O'Halloran* v. *State,* 31 *Ga.* 206; *Camp* v. *State,* 3 *Ga.* 417 (2); *Sneed* v. *State,* 16 *Ga. App.* 351 (85 S. E. 354); *Lummus* v. *State,* 17 *Ga. App.* 414 (87 S. E. 147).

2. The grounds of the amendment to the motion show no error, the evidence is sufficient to support the verdict, and the judgment is

> *Affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED NOVEMBER 1, 1918.

Indictment for larceny of cotton; from Grady superior court—Judge Harrell. August 7, 1918.

*W. T. Crawford, W. V. Custer,* for plaintiff in error.

*R. C. Bell, solicitor-general, S. P. Cain, F. A. Hooper,* contra.